```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

                Plaintiff,

        v.                          CR. NO. S-13-392 LKK

SALLY STINCELLI,

                Defendant.
_____/
ELK GROVE MILLING, INC., a
California corporation,

                Plaintiff,
                                    CIV. NO. S-14-877 MCE/EFB
        v.

UNITED STATES FIRE INSURANCE
COMPANY, a Delaware corporation,
                                    NON-RELATED CASE ORDER
                Defendant.
_____/
```

The court is in receipt of a Notice of Related Cases filed on April 9, 2014 in the above-captioned cases. After review, the court has determined that these actions do not satisfy the definition of "related cases" set forth in Local Rule 123(a), and accordingly, DECLINES to relate them.

IT IS SO ORDERED.

DATED: May 5, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT